IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

JOSEPH LEON MURPHY,                )
                                   )
                  Petitioner,      )
                                   )
vs.                                )          No. CIV-21-628-C
                                   )
UNITED STATES OF AMERICA, et al.,  )
                                   )
                  Respondents.     )

ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on the Report and Recommendation entered by Untied States Magistrate Judge Suzanne Mitchell on July 21, 2021.   The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed.*   Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 6) is adopted and this case is dismissed without prejudice.

IT IS SO ORDERED this <u>18th</u> day of August 2021.


_____
ROBIN J. CAUTHRON
United States District Judge


_____

* Although the Report and Recommendation mailed to Plaintiff was returned as undeliverable, no other address has been provided by him as required by LCvR5.4: "Papers sent by the court will be deemed delivered if sent to the last known address given to the court."